# COLECCIÓN
## DE LAS SENTENCIAS Y RESOLUCIONES
### DICTADAS POR EL
## TRIBUNAL SUPREMO DE PUERTO RICO.

LÓPEZ *v.* CÓRDOVA DÁVILA, JUEZ DE DISTRITO.

SOLICITUD para que se expida mandamiento de *certiorari*.

No. 87.—Resuelto en enero 10, 1912.

CERTIORARI—DERECHO SUSTANTIVO—INTERPRETACIÓN EQUIVOCADA.—En los casos en que el único motivo de error alegado en la solicitud de *certiorari* sea la equivocada interpretación de un precepto de derecho sustantivo, y no de procedimiento ni de jurisdicción, no procede la expedición de un mandamiento de *certiorari,* y debe desestimarse la solicitud.

Abogado del peticionario: *Sr. Rafael López Landrón.*

RESOLUCIÓN DEL TRIBUNAL.

Alegándose en la anterior solicitud como único motivo de error la equivocada interpretación de un precepto de derecho sustantivo y no de procedimiento ni de jurisdicción, de acuerdo con nuestras resoluciones en los casos de *Núñez* v. *Juez de Distrito* (pág. 199); *Axtmayer* v. *Aldrey* (pág. 643); y *Martínez* v. *Soto Nussa* (pág. 697), que se encuentran en el tomo 14 de las Decisiones de Puerto Rico.

Se desestima la solicitud para que se expida el auto de *certiorari* que se interesa.

*Desestimada la solicitud.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf, del Toro y Aldrey.